1050

[No. 48802-7-II.   Division Two.   July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE LEO ARNESTAD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-00094-4, Michael E. Schwartz, J., entered March 25, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 48954-6-II.   Division Two.   July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIZABETH SUE WITT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01583-6, Suzan L. Clark, J., entered August 17, 2015. *Dismissed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 48960-1-II.   Division Two.   July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JERMAINE LARON ABDUL GORE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-02681-1, James R. Orlando, J., entered May 6, 2016. *Affirmed in part* and *reversed in part* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 49008-1-II.   Division Two.   July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN EDWARD WHITLOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-01013-0, Melissa A. Hemstreet, J., entered May 20, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Johanson, J.